UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEA FARM TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN PEEPLES, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | No. 1: 18-cv-00756-DAD-EPG <br><br> ORDER MODIFYING SCHEDULING ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION <br><br> (Doc. No. 28) |
| STEVEN PEEPLES, an individual, <br><br> Counter-claimant, <br><br> v. <br><br> GEA FARM TECHNOLOGIES, INC., a Delaware corporation, and ROES 1 through 10, inclusive, <br><br> Counter-defendants, | |

On June 4, 2018, GEA Farm Technologies, Inc. ("plaintiff") filed the complaint in this action against Steven Peeples ("defendant"). (Doc. No. 1.) At the same time plaintiff filed a motion for temporary restraining order ("TRO") and/or preliminary injunction seeking an order prohibiting defendant from using or destroying plaintiff's allegedly confidential information, as well as other preliminary relief. (Doc. No. 2.) On June 12, 2018, the court held a hearing on the

1

motion for a TRO. (Doc. No. 23.) On June 14, 2018, the court issued an order pursuant to the parties' stipulation granting the temporary restraining order and setting a briefing schedule on the motion for preliminary injunction. (Doc. No. 28.) On July 3, 2018, the parties filed a joint request for modification of the scheduling order for the motion for preliminary injunction. (Doc. No. 32.)

Upon consideration, the court grants the parties' joint request to modify the scheduling order for the motion for preliminary injunction (Doc. No. 32). The court's previous briefing schedule on the motion for preliminary injunction is modified as follows:

- June 25, 2018: Deadline for exchange of preliminary witness lists.
- June 25, 2018–August 10, 2018: Limited discovery period pursuant to the parties' agreed upon joint discovery plan.
- August 17, 2018: Deadline for filing supplemental briefing in support of and in opposition to the motion for preliminary injunction (Doc. No. 2).
- August 22, 2018: Deadline for exchange of final witness lists and exhibit lists for use in the preliminary injunction hearing.
- September 5, 2018 at 1:30 p.m.: Hearing on the motion for preliminary injunction.

Unless otherwise modified herein, all other terms and conditions of the previous briefing schedule (Doc. No. 28) remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 5, 2018**

UNITED STATES DISTRICT JUDGE